(130 So. 923)

### William LANGLEY v. STATE.
### 4 Div. 691.

Court of Appeals of Alabama.
Nov. 11, 1930.

BRICKEN, P. J.
Appeal dismissed.

(135 So. 924)

### Oliver LAPIER v. STATE.
### 7 Div. 808.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Affirmed.

(132 So. 919)

### J. A. LASATER v. STATE.
### 8 Div. 42.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(129 So. 924)

### Bee LAUDERDALE v. STATE.
### 8 Div. 1.

Court of Appeals of Alabama.
June 30, 1930.

BRICKEN, P. J.
Affirmed.

(132 So. 919)

### Brady LAWSON v. STATE.
### 5 Div. 813.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Affirmed.

(137 So. 922)

### Broughton LEE v. STATE.
### 4 Div. 832.

Court of Appeals of Alabama.
Nov. 10, 1931.

See, also, ante, p. 168, 132 So. 61.

BRICKEN, P. J.
Appeal dismissed.

(130 So. 924)

### J. L. LESTER v. Henry ENZOR.
### 4 Div. 745.

Court of Appeals of Alabama.
Nov. 7, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 924)

### J. C. LEVERETT v. STATE.
### 4 Div. 722.

Court of Appeals of Alabama.
Nov. 18, 1930.

BRICKEN, P. J.
This is a proceeding in bastardy, and originated by complaint of Lillie May Townsend, alleged to be a single woman, in the justice of the peace court. On appeal to the circuit court, this appellant was adjudged to be the real father of the bastard child in question, and judgment was accordingly duly rendered, from which this appeal was taken.